An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VINCE HESSER, INDIVIDUALLY,
Appellant,
vs.
HERMAN AHLERS AND AS TRUSTEE
OF THE AHLERS FAMILY TRUST,
Respondents.

No. 60839



FILED

FEB 05 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

ORDER DISMISSING APPEAL

This is an appeal from a district court order denying reconsideration and a district court summary judgment. Eighth Judicial District Court, Clark County; Susan Scann, Judge.

In timely response to this court's December 5, 2012, order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant concedes that no final judgment has been entered, as claims against OneCap Mortgage and Bullhead 117 LLC remain pending, and he seeks to voluntarily dismiss this appeal as a result. Accordingly, as we lack jurisdiction, NRAP 3A(b)(1); Lee v. GNLV Corp., 116 Nev. 424, 996 P.2d 416 (2000) (explaining that a final judgment is one that resolves all of the claims and issues in the case, except for post-judgment issues such as attorney fees and costs); Alvis v. State, Gaming Control Bd., 99 Nev. 184, 660 P.2d 980 (1983) (recognizing that orders denying reconsideration are not substantively appealable), disapproved on

SUPREME COURT
OF
NEVADA

(O) 1947A

13-03715

other grounds by <u>AA Primo Builders v. Washington</u>, 126 Nev. ___, 245 P.3d 1190 (2010), we grant appellant's request and

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Susan Scann, District Judge
       Janet Trost, Settlement Judge
       Harold P. Gewerter, Esq., Ltd.
       Law Offices of Shawn R. Perez
       Eighth District Court Clerk

[1]Nothing in this order precludes appellant, if aggrieved, from filing a new notice of appeal from a final judgment resolving all of the claims and issues in the case.